18765. Transylvania Casualty Company *v.* City of Atlanta, for use, etc.

Jenkins, P. J. The court did not err in refusing a further continuance of the case. *Judgment affirmed. Stephens and Bell, JJ., concur.*
Decided December 13, 1928.

*Bryan & Middlebrooks, W. Colquitt Carter,* for plaintiff in error.
*T. J. Lewis,* contra.

*Stephens and Bell, JJ., concur.*